Millili *v.* Alan Wood Steel Company, Appellant.

Argued November 21, 1968. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Thomas J. Burke,* with him *Haws & Burke,* for appellant.

*John J. McCarty,* with him *Charles A. Lord,* and *Richter, Lord, Toll, Cavanaugh, McCarty & Raynes,* for appellee.

OPINION PER CURIAM, April 23, 1969:
Judgment affirmed.